STERNS & WEINROTH
A Professional Corporation
50 West State Street
Suite 1400
P. O. Box 1298
Trenton, New Jersey 08607-1298
(609) 392-2100
Attorneys For Defendant, Teva Pharmaceuticals USA, Inc.
and Teva Pharmaceutical Industries Ltd.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SMITHLKINE BEECHAM PLC., et al<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendants. | Civil No. 03-4037 (FLW) |
| SMITHKLINE BEECHAM PLC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD., et al<br><br>Defendants | Civil No. 03-4179 (FLW) |
| SMITHKLINE BEECHAM PLC., et al<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES, LTD., et al<br><br>Defendants. | Civil No. 04-215 (FLW) |

**SCHEDULING ORDER**

**THIS MATTER** having come before this Court for a status conference on February 4, 2005, and the Plaintiffs, represented by counsel, Rita M. Jennings, Esquire, Lowenstein Sandler PC, 65 Livingston Avenue, Roseland, NJ 07068 and John W. Treece, Esquire and Paul Hemmersbaugh, Esquire, Sidney Austin Brown & Wood LLP, Bank One Plaza, 10 South Dearborn Street, Chicago, Illinois and Defendant Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (jointly "Dr. Reddy's") represented by counsel, Alan Pollack, Esquire, Budd Larner, P.C., 150 John F. Kennedy Parkway, CN 1000, Short Hills, NJ 07078, and Defendants Teva Pharmaceuticals USA, Inc. and Teva Pharmaceutical Industries Ltd. represented by counsel, Francis C. Lynch, Esquire, Palmer & Dodge LLP, 111 Huntingdon Avenue, at Prudential Center, Boston, MA 02199 and Karen A. Confoy, Esquire, Sterns & Weinroth, P.C., 50 West State Street, Suite 1400, Trenton, New Jersey and the Court having considered the submissions and argument of Plaintiffs, Dr. Reddy's and Teva Pharmaceuticals USA, Inc. with respect to scheduling and for the reasons set forth on the record and for good cause shown,

**IT IS ON** this 18 day of February 2005 hereby **ORDERED**:

1. Pretrial factual discovery is hereby extended to July 30, 2005. All pretrial factual discovery shall be concluded by that date.

2. On or before April 5, 2005, the parties shall exchange lists of desired deponents, and the parties shall thereafter meet and confer in an effort to agree upon a deposition schedule.

3. The Court will conduct an <u>in person</u> status conference on May 6, 2005 at 10:00 a.m. FAILURE TO APPEAR WILL LEAD TO THE IMPOSITION OF SANCTIONS, INCLUDING COSTS. Counsel shall bring to the conference a proposed schedule of depositions.

4.  Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Rule 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

Joel B. Rosen, U.S.M.J.