Douglas S. Eakeley
**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SMITHKLINE BEECHAM PLC, SB PHARMCO PUERTO RICO INC., and SMITHKLINE BEECHAM CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | (Consolidated for Discovery Purposes Only)<br><br><br><br>Civil Action Nos. 03-4037; 04-215; 05-536 (NLH) |
| SMITHKLINE BEECHAM PLC, SB PHARMCO PUERTO RICO INC., and SMITHKLINE BEECHAM CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD., et al.,<br><br>Defendants. | Civil Action No. 03-4179 (NLH) |

### STIPULATION AND [PROPOSED] ORDER

**WHEREAS** Plaintiffs SmithKline Beecham PLC, SB Pharmco Puerto Rico Inc. and SmithKline Beecham Corporation ("GSK") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") (collectively, "the parties") are engaged in ongoing patent litigation involving U.S. Pat. Nos. 5,002,953 and 5,741,803 (the '953 and '803 Patent Litigation), pertaining to rosiglitazone maleate;

**WHEREAS** Teva has filed Abbreviated New Drug Application ("ANDA") No. 76-747 seeking approval from the United States Food and Drug Administration ("FDA") to market a generic version of GSK's rosiglitazone maleate product marketed under the trade name Avandia® and ANDA No. 77-337 seeking approval from the FDA to market a generic version of GSK's rosiglitazone maleate/metformin hydrochloride product marketed under the trade name Avandamet®;

**NOW THEREFORE** the parties hereby stipulate to the following:

1) If Teva elects to sell or market a product that is the subject of either of the ANDAs mentioned above before one of the events identified below occurs, Teva must first provide 45 days' advance notice to GSK that would allow GSK, if it so chooses, to file a motion for a temporary restraining order and/or preliminary injunctive relief:

   a) A court issues a decision holding that the asserted claims of the '953 and '803 patents are invalid, unenforceable or not infringed;

   b) The '953 patent and its pediatric exclusivity expire following a decision of a court holding that the asserted claims of the '803 patent are invalid, unenforceable or not infringed;

   c) The '803 patent and its pediatric exclusivity expire.

   d) The sale of a generic version of Avandia® or Avandamet®.

2) This stipulation contains and constitutes the entire understanding and agreement among the parties with respect to the foregoing subject matter.

_____
Douglas S. Eakeley
Jason E. Halper
LOWENSTEIN SANDLER PC
Attorneys at Law
65 Livingston Avenue
Roseland, NJ  07068
973-597-2500
jhalper@lowenstein.com

John W. Treece
David T. Pritikin
SIDLEY AUSTIN LLP
1 South Dearborn
Chicago, IL 60603
jtreece@sidley.com


Thomas H. Beck
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY  10019
tbeck@sidley.com

*Attorneys for Plaintiffs*

_____
Karen A. Confoy
STERNS & WEINROTH
A Professional Corporation
50 West State Street
Suite 1400
Trenton, NJ  08607
609-392-2100
kconfoy@sternslaw.com

Francis C. Lynch
Laurie S. Gill
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109
flynch@goodwinprocter.com

*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*
617-570-1000


**SO ORDERED:**

Dated: November 27, 2006

_____
Honorable Joel Schneider
United States Magistrate Judge

3

NY1 5986830v.1