Douglas E. Eakeley
LOWENSTEIN SANDLER PC
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SMITHKLINE BEECHAM PLC, et al., <br> Plaintiffs, <br> v. <br> TEVA PHARMACEUTICALS USA, INC., <br> Defendant. | ) DOCUMENT FILED <br> ) ELECTRONICALLY <br> ) <br> ) Civil No. 04-215 (NLH) <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(2), plaintiffs SmithKline Beecham PLC, SB Pharmco Puerto Rico Inc., and SmithKline Beecham Corporation (collectively "Plaintiffs") and defendant Teva Pharmaceuticals USA, Inc. ("Teva USA") hereby stipulate to dismissal with prejudice of all claims and counterclaims asserted in Civil Action No. 04-215, without attorneys' fees or costs to any party. The Parties further stipulate that no appeal will be taken from this action. In addition the parties stipulate that the November 27, 2006 Stipulation and Order providing that Teva USA shall give advance notice to Plaintiffs of its intent to market a

rosiglitazone product shall be of no further force and effect once this Order is signed by the Court.

_____
Douglas S. Eakeley
Jason E. Halper
LOWENSTEIN SANDLER PC
Attorneys at Law
65 Livingston Avenue
Roseland, NJ 07068
973-597-2500

and

John W. Treece
David T. Pritikin
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
55th Floor
Chicago, IL 60603
312-853-7000

Thomas H. Beck
SIDLEY AUSTIN BROWN & WOOD LLP
787 Seventh Avenue
New York, NY 10019
212-839-5490

*Attorneys for Plaintiffs*

By their attorneys,

_____
Karen A. Confoy
STERNS & WEINROTH
A Professional Corporation
50 West State Street
Suite 1400
Trenton, NJ 08607
609-392-2100

and

Francis C. Lynch
Laurie S. Gill
John T. Bennett
Goodwin|Procter LLP
Boston, MA 02109
617-570-1000

*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

SO ORDERED this __ day of _____, 2007

_____
Honorable Noel L. Hillman
United States District Judge